**Ronald Wayne LEWIS, Plaintiff–Appellant,**

v.

**Charles Demon LEWIS, Attorney at Law; Kevin Michael Schork, Attorney at Law; Paul G. Gill, Federal Public Defender's Office, Defendants–Appellees.**

No. 11–6607.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

Ronald Wayne Lewis, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Wayne Lewis seeks to appeal the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp.2011). The magistrate judge recommended that relief be denied and advised Lewis that failure to file timely specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir. 1985); *see also Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Lewis has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*